# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **21-14430** |
|     **Terrence Muhammad** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
|     **Debtor** | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

## NOTICE OF OBJECTION AND HEARING

**TO:** See attached list

PLEASE TAKE NOTICE that on May 12, 2022 at 1:30 PM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present Terrence Muhammad's objection to the claim of the Internal Revenue Service, a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**.  The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

           **By:**  ___/s/ Dale Allen Riley___

                Dale Allen Riley
                Geraci Law L.L.C.
                55 E. Monroe Street #3400
                Chicago, Illinois 60603
                312.332.1800
                ndil@geracilaw.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 21-14430 |
| Terrence Muhammad | ) | | |
| | ) | Chapter: | Chapter 13 |
| Debtor | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### CERTIFICATE OF SERVICE

I, Dale Allen Riley, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on April 6, 2022 at 1:58 PM.

Rec No. 869401

WD - NOTICE OF MOTION ZOOM

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **21-14430** |
| **Terrence Muhammad** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

## <u>LIST OF PARTIES SERVED</u>

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Terrence Abdullah Muhammad, 789 Cumnock Rd , Olympia Fields, IL 60461

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101

Internal Revenue Service, Mail Stop CH1, 230 S Dearborn, Chicago, IL 60604

Attorney General of the United States Tax Division (DOJ), PO Box 55 Ben Franklin Station, Washington, DC 20530

Civil Process Clerk, Office of the United States Attorney for the Northern District of Illinois, 219 S Dearborn, 5th Floor, Chicago, IL 60604

**IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | **21-14430** |
| Terrence Muhammad | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE

NOW COMES the Debtor, Mr. Terrence Muhammad (the "Debtor"), by and through his attorneys, Geraci Law, LLC, to present his **OBJECTION TO THE CLAIM OF THE INTERNAL REVENUE SERVICE,** and states as follows:

1.  This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2.  The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 12/22/2021.

3.  On 2/7/2022 the Internal Revenue Service (hereinafter the "Creditor") filed a proof of claim (number 8-1) in the amount of $27,836.65.  (See attached Exhibit A.)

4.  Claim 8-1 alleges $6,552.55 in priority tax and interest due for the 2019 tax year with an allegation that the relevant tax filing has not been filed.

5.  The Debtor in fact owed $2,412.48 for the 2019 tax year including interest and has filed the returns. The Debtor advised that he does not have the copy that he originally filed but has printed and signed a copy to tender to his

attorneys for the purpose of this objection. (See attached

Exhibit B.)

6.   The claim filed by the creditor in this case is invalid

pursuant to 11 U.S.C. 502(b)(1).

WHEREFORE the Debtor, Mr. Terrence Muhammad prays that this Court

enter an order disallowing the claim of the Internal Revenue

Service beyond $2,412.48 priority debt for the 2019 tax year, to

the extent that it alleges a failure to file the 2019 tax returns

and for such further additional relief that this Court may deem

just and proper.


_____/s/ Dale Riley_____
Dale Allen Riley



**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960